IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Shelly Olsen             *
    Plaintiff(s)
                      *

vs.                                 Civil No.: JFM 00-3710
                      *

Amerian Home, et al
    Defendant(s)      *

******

### ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this _6th_ day of _July_, 20_01_,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

                                  J. Frederick Motz
                                  United States District Judge

